UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYLL VAN SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN A. CAZARES, et al.,<br><br>　　　　Defendants. | Case No. CV 17-4711 DSF(JC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On June 26, 2017, plaintiff, who is at liberty and is proceeding *pro se*, filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP Request"). On July 14, 2017, the Court issued an order denying the IFP Request for the reasons explained therein, directing plaintiff to pay the filing fees in full within 30 days, and advising plaintiff that if he did not pay the filing fees within the foregoing time frame, the case would be dismissed.

As plaintiff is not entitled to proceed in forma pauperis, has been afforded adequate time to pay the full filing fee and has not done so, and has been cautioned that the failure timely to pay the full filing fee would result in dismissal, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

DATED: _8/24/17_____  _____/s/ Dale S. Fischer_____

　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE